IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Michael Skibo 123591
(full name)         (Register No.)

Plaintiff(s).

v.

T. Halcomb,
(Full name)
Lewis (Badge #824), and
T. Nance
Defendant(s).

Case No. 16-3425-CV-S-DW-p

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
_✓_ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Greene County Justice Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff  Michael Skibo    Register No. 123591
   Address    1000 N. Booville
              Springfield, MO 65802

B. Defendant  T. Halcomb
   Is employed as  Greene County Jailer

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

II.

   C. Defendant Lewis (Badge #824)
      Greene County Jailer

   D. Defendant T. Nance
      Greene County Jailer

1.b

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $ _TBD_ / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____N/A_____

D. If you have not filed a grievance, state the reasons.

_Grievance procedure access denied by Def. Nance._

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _Michael Skibo_ v. _Marty Mahy, et al._
(Plaintiff)            (Defendant)
(2) Date filed: _IN PROCESS_

2

Case 6:16-cv-03425-DW   Document 1   Filed 10/13/16   Page 3 of 6

(3) Court where filed: Western District of Missouri

(4) Case Number and citation: To Be Determined

(5) Basic claim made: ~~To be determined~~ Due Process violations

(6) Date of disposition: To be determined

(7) Disposition: To be determined
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: N/A
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON 10-10-16, WHILE DETAINED AT GREENE COUNTY JAIL, ON A-POD AS A PUNITIVE SEGREGATION INMATE, PLAINTIFF WAS DENIED A HOT PLATE LUNCH BY DEF. HALCOMB AND SAID DEFENDANT STATED TO PLAINTIFF (IN MARGINS OF LOUD REPORT) "YOU AINT GETTING ANYTHING NOW", GIVING REFERENCE TO PLAINTIFF'S AFTERNOON MEAL, AND PLAINTIFF DID NOT RECEIVE HIS HOT PLATE LUNCH. DEF. LEWIS AFTERWARD SPOKE WITH PLAINTIFF, AND BEING COMMANDING OFFICER, ALSO DENIED PLAINTIFF HIS HOT PLATE ~~LUNCH~~ WHICH COMES WITH THE AFTERNOON MEAL. DEF. NANCE AIDED AND ABETTED BOTH DEFENDANTS WHILE HE WAS IN THE MAIN CONTROL CENTER FOR A-POD AND ALSO DENIED PLAINTIFF A GRIEVANCE (AIDED BY NOT INTERVENING WHILE KNOWING)

B. State briefly your legal theory or cite appropriate authority:

THE ACTIONS OF DEFENDANTS CONSTITUTE VIOLATIONS OF PLAINTIFF'S FEDERALLY PROTECTED RIGHT TO BE FREE FROM BOTH CRUEL AND UNUSUAL PUNISHMENT. PLAINTIFF SUFFERED BECAUSE DEF. HALCOMB LOST CONTROL OF HIS TEMPER AND FORGOT HIS TRAINING AND BASED HIS DECISION(S) ON HIS EMOTIONS LOSING SIGHT OF HIS TRAINING. DEF. LEWIS AND DEF. NANCE SUSTAINED AND AIDED THE CRUELTY OF HALCOMB. ALL DEFENDANTS ARE RESPONSIBLE FOR WITHHOLDING PLAINTIFF'S MEAL PORTIONS

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
PUNITIVE, COMPENSATORY, AND EQUITABLE RELIEF AT A DEGREE AND AMOUNT DEEMED BOTH DUTIFUL AND REASONABLE TO THE COURT, ANY OTHER RELIEF OR ORDERS THE COURT SEEMS FIT.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. PRESTON BARNHART, DANIEL BARNES, LEE LANGFORD, CODY GALLAMORE (WILL ASSIST IN PRETRIAL PREP)

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes ___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

N/A

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 10th day of October 20 16

Michael B. Slate
Signature(s) of Plaintiff(s)

4

Stefan Dale
A104748
10000 Kentville
Springfield MO
65802

RECEIVED
2016 OCT 13 AM 11:14

U.S. District Courthouse
Clerk of Court
400 E. 9th St.
Kansas City, MO
64106

